

**FILED & ENTERED**

**JAN 17 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** tatum   **DEPUTY CLERK**

**NOT FOR PUBLICATION**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ARTURO GONZALEZ,<br><br>　　　　　　　Debtor. | Case No. 2:15-bk-25283-RK<br><br>Chapter 7<br><br>**ORDER DENYING MOTION ALLOWING DEBTOR'S OBJECTION TO PROOF OF CLAIMS OF DISCOVER BANK AND WESTERN FEDERAL CREDIT UNION (NOW KNOWN AS UNIFY CREDIT UNION)**<br><br>Date:　　January 16, 2018<br>Time:　　2:30 PM<br>Courtroom:　1675 |

　　　This bankruptcy case came on for hearing before the undersigned United States Bankruptcy Judge on January 16, 2018 on the Motion of Debtor Arturo Gonzalez Allowing Debtor's Objections to Proofs of Claim of Discover Bank and Western Federal Credit Union (now known as Unify Credit Union) ["Motion"] (Docket No. 234) filed on December 26, 2017.  Debtor appeared on behalf of himself, and Brett B. Curlee, of the Law Offices of Brett Curlee, appeared on behalf of Wesley H. Avery, the Chapter 7 Trustee.

Having considered the moving and opposing papers, for the reasons stated on the record at the hearing and in the court's tentative ruling on the motion, the court denies the motion because by prior orders, the court has already denied Debtor's prior motions objecting to these claims on grounds of mootness since the claimants had withdrawn their proofs of claim before Debtor filed his prior motions objecting to claims, and nothing has changed that warrants reconsideration of the court's prior orders denying Debtor's prior motions objecting to these claims. Specifically, there is no cause for reconsideration under Federal Rule of Bankruptcy Procedure 3008 and Federal Rule of Civil Procedure 60(b) since there is no mistake, inadvertence, surprise, excusable neglect, newly discovered evidence or other grounds for relief since the claims were withdrawn and the objections were moot, and this has not changed.

IT IS SO ORDERED.

###

Date: January 17, 2018

_____
Robert Kwan
United States Bankruptcy Judge